## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)   CASE NO. 19-cr-40024-TSH<br>GRACE KATANA,   )<br>)<br>Defendant.   )<br>) | |

### DEFENDANT GRACE KATANA'S LETTERS OF SUPPORT

Defendant Grace Katana, by and through his undersigned counsel, hereby submits the Letters of Support, attached as Exhibits A – G, in connection with his Sentencing Hearing, which is currently scheduled for Thursday, October 20, 2022 at 2:15 p.m.

Respectfully submitted,

**GRACE KATANA,**
By his attorney,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Telephone:  (617) 720-2626
E-mail:  dcloherty@toddweld.com

Dated:  October 17, 2022

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2022.

                                                 */s/ Daniel J. Cloherty*
                                                 Daniel J. Cloherty

# EXHIBIT A

Hon. Timothy S. Hillman

United States District Court

Dear Judge Hillman,

I, Chantal Angalikiana am the biological mother to Grace Katana. I do not know where to start because this is one of the hardest things I've had to deal with as a Parent. While typing this letter, I can't stop but cry.

I would like to thank you for this opportunity you have provided us with. I'm also asking for forgiveness not only on his behalf but my entire family. To whomever affected by my Son's action, please accept my sincere apologies as well on behalf of my Son.

As a Parent, you always want the best for your kids and can determine each of their special traits at a younger age. Grace' weren't hard to notice since his miraculous birth. I dreamt about giving birth to him in the church while the service was taking place. It did come to pass, and I knew right there and then that my son Grace would be a special / gifted Son. Don't be fooled by his camouflage of tattoos. He is a Giant Skinny & Tall Teddy Bear. He has a pure Heart, loves his family, friends, and even strangers out there. He is a hard worker, a comedian, fast learner and always there when you need him no matter what.

Grace has made several mistakes in his life, and this is by far the biggest and last one. He is truly remorseful and learned his lesson over the past years away from his family. His actions did affect us all and mostly his 4-Year-Old Daughter, Lina. We are pleading for another chance to freedom so that he could not only raise his daughter but also be there for us, his family like he has always done so. Please allow him another chance to prove to the society the good Man that I've given birth to, raised & I will personally ensure that Grace will be the perfect Abiding Citizen going forward.

Being away from us has been a dramatic & sad experience. Pain and Suffering that I've endured as a mother every second that passes while thinking about my son Grace is more than what a person could bear.

I ask you dear Judge Hillman, please accept my statement as a Man of Justice and Parent.

Sincerely,

Chantal Angalikiana

# EXHIBIT B

Hon Timothy S. Hillman

United States District Court

Dear Judge Hillman:

My name is **Nadia Katana**, the oldest of 7 children in our Family. This letter is about my brother Grace Katana. Please allow me to provide you with a brief description of who my brother Grace truly is.

Born and raised in Kinshasa, Zaire currently known as the Dem. Republic of Congo / Africa, Grace came into our life as the **"Miracle Baby"**. Our Mother Chantal had a dream about his birth already when she was still in her first trimester. She dreamt that he will be born in the Church while the Pastor was preaching the service. On **January 13th, 1991**, our mother decided to still go and attend the Service even though she was told by the Doctor to rest and wait for the birth labor. She still believed deep down that her Son will be born according to her vision. She made it happen exactly like she hoped for and without any complications and that's how my brother **Grace** got his name from.

Growing up, Grace was already portraying rare qualities found in children and even adults. His nickname was "The **PHILOSOPHER / WISE KID**". He has the: "Purest Heart, always sees Positivity in Everyone, Gives the Benefits of the Doubts, Ready to sacrifice himself even if he doesn't know you personally, Peace Maker, always there no matter what and the list goes on."

Our Family moved to the USA **legally in 2001 as refugees** due to the war back home (Kinshasa). We have been through a lot and seen things that we wouldn't wish to our worse enemies. Grace and our entire family were victims of the war back in August 1997. Both our Parents and I were arrested & tortured. My siblings, including Grace who weren't even teenagers at the time, witnessed the killings, mistreatments, and cannibalism from the military. The U.S.A was one of the 5 countries who after verifying our stories via the **United Nations High Commissioner for Refugees** (UNCHR), brought us to the States for a 2nd chance of life and we became US Citizens through Naturalization in 2006. We did our best to adjust to the Culture & Language of our New Country, the U.S.A.

When I decided to join the U.S Air Force in 2009, I was extremely afraid on temporary leaving my Family's responsibility as the Oldest one behind. I just wasn't expecting that Grace, who is the 4th one, would step up to the plate and take care of the family in my absence. He has always been there for our family and made a tremendous positive impact on my siblings. He attended any sporting events they were a part of, cheering them on, was a Financial Provider and made sure that they wouldn't need anything and stayed focused on their goals even if that meant for him to work double shifts.

Being incarcerated has made him realize that has made some bad decisions with some of his entourage & choices in life. The most remorseful of all is the fact that he hasn't been physically there for his **4-year-old daughter Lina** who he loves so much. He does his best to show her the love that she deserves even from a distance.

Please your Honor, consider my reference letter when determining the outcome of this case.

Very respectfully,

Nadia Katana

# EXHIBIT C

Hon Timothy S. Hillman

United States District Court


Dear Judge Hillman:


My name is Joel Katana, Grace is my older brother. I've known him all my life and he is my best friend. Ever since we were younger, I always noticed the kindness of his heart and the love he has for me, our family, and his friends. Grace is a very kind, loving, compassionate, selfless, supportive human. I remember when I was playing basketball from middle school to college, he will always be there for me and never missed a game. He would drive hours away just to see his little brother play and cheer me on and that meant so much to me knowing that I can always count on my older brother to always be there for me. I'll never forget, he always made sure I was good no matter what. Grace is also the type of person that would push you to be the best version of yourself. He would take me to multiple NBA games to motivate me and show me the bigger picture. Telling me that's going to be YOU one day! You are going to change our whole family's life by making me believe in myself. Grace has a good heart and means so much to our family. It is very unfortunate that he made some bad decisions in his life, but I can honestly say he has learned his lesson. I am fully aware of how serious his charges are, but rest assured that he is very remorseful for what he has done and knows he has to deal with this shame for the rest of the life. I know these couple years has been the toughest of his life being away from his family especially from his 4-year-old daughter, Lina that he loves dearly. Our family prays that the court would please show some leniency.


Thank You so much Sir for everything!


Sincerely,

Joel Katana

# EXHIBIT D

Hon. Timothy S. Hillman

United States District Court

Dear Judge Hillman,

It is with great pleasure that I'm writing this character reference letter on behalf of my brother, Grace Katana, the defendant, to ask you for your leniency in his sentencing.

My family came from humble beginnings as immigrants from the Democratic Republic of the Congo - Kinshasa and fled from the war in our country to the USA as refugees for a better life.

Throughout my entire life, Grace has been my protector and hero, and has not only played the big brother role, but also the father figure although he is only 4 years older than me. Grace always made sure that we had food to eat and bought me clothes and shoes for school. Even though we did not have much growing up, he always went out of his way to make each of my birthdays were special and always gave me rides to my school activities, so that I can have a normal childhood and partake in fun activities outside of school with my friends.

Believe it or not, Grace is known for his sense of humour, having a big heart, and putting the needs of others first. He always pushed me to work hard in school and wanted me to stay focused on my career goals of being a Business Consultant at a big Four Accounting Firm. Grace helped me pay for my tuition and books when I attended Isenberg School of Management at UMass Amherst to study Accounting for my undergraduate degree. When he found out that I had two part-time jobs to pay for school, he told me to quit working so that I can focus on my studies. I also recall when I sold my car to help pay for my master's degree, Grace gave me his car, which I had for the entire year because he did not want me to not have a car while I was in Amherst, MA. He just truly wanted a better life for me and had it not been for him, I don't believe I would be where I am today. He has always been the light, the soul, and the glue that held our family together. He has the biggest heart and is the most selfless person I know. He has taught me the importance of hard work and believing in myself and is one of the main reasons I have a successful career.

However, I acknowledge that Grace has made mistakes and terrible decisions in the past and broke the law, but please rest assured that he has expressed remorse and regret and a strong desire to change for not only himself, but most importantly for his 4-year-old daughter. As such, I kindly ask that the court grant him a second chance and take this letter into consideration at the time of sentencing.

Sincerely,

Eva Katana

# EXHIBIT E

Hon. Timothy S. Hillman
United States District Court

Dear Judge Hillman,

It is with tremendous honor to be allowed to elaborate on the unquestionable altruistic force that illuminates within my bloodline, my brother, Grace Katana. I am a firm believer that since my childhood, whether the tremendous amount of accumulated fortune or the lessons that were destined to shape my personal views of the world today, the greatest gift of all must be the once-in-a-lifetime opportunity given as an eternal admirer and intimate Grace Katana's character.

My name is Joy Katana and growing up with my brother Grace, our bond was undeniably potent that strangers would always ask if Grace and I were twins, regardless of being birthed twelve months before him. Both our names, Joy, and Grace were unique and undoubtedly unusual to strangers, English Speakers to be specific given we are both males. Please note that we were born in a French speaking Country, and they are known acceptable Male name.
I have a smile writing this because I can't count the many occasions, we were probed to elaborate on the meaning behind our birth names. The irony is our birth names do not require any explanation. Our name is the authentic and sublime reflection of our natural character. I am Joy, and my brother has always been the "Grace" that molded our family together.

My brother Grace has a great giving heart due to his ability to share and convince everyone else that sharing benefits all. When presented with a challenge, my brother is gifted with the skill to listen to the individual, project their motives and empathize with their story before responding.
It was Grace who gathered our family together in support of my choice to live my truth as a Gay & African Man (in our culture, it is a Taboo and still NOT acceptable to this day), and I will forever be grateful to him for being the 'Grace' our family won't survive without.

I've always been impressed by Grace's personal and distinctive attributes. He is truly the backbone of our family, and we would give anything to have my brother home and bring back the laughter and happiness he has always projected. After all, it is true that Grace doesn't need me, it is I who always need my dearest brother.

Very respectfully,

Joy Katana

# EXHIBIT F

Hon. Timothy S. Hillman

United States District Court

Dear Judge Hillman,

I, Saad Katana am writing this character reference letter for my brother Grace Katana who currently stands accused in the Hobbs Act Conspiracy. I was planning to write this letter even before the court had asked me to do so, yet I feel thankful for the consideration of this character reference letter. I was there when Grace was born to the end of time. During the period of our upbringing, we have never committed even a minor kind of crime within our home or across society.

This news against my brother came just like a bolt of blue to our family and myself. At first, I couldn't believe my senses that my brother would ever get into something like this. With this character reference letter, I would like to define the innocent character of my brother. I strongly believe he has made a bad judgment and fully aware of his mistake. I urge the court to please kindly look into the matter with all possible close angles. My brother deserves a chance to prove he is a changed man and will be an outstanding citizen going forward.

He personally reminds us of that every day: "It's time to fully change and return to the loving, caring, positive, impactful & blessing Man he was created to be." He has been doing so even while in prison and can't wait to showcase the Revival of the Good Grace personally, emotionally & physically.

I truly hope my character reference letter for my brother would be given due consideration in the next hearing of the court.

Best regards,

Saad Katana

# EXHIBIT G

Hon. Timothy S. Hillman

United States District Court

Dear Judge Hillman,

Words will never be able to describe the pain that I'm going through as a father. My name is Theo Amani Katana, Grace's biological Father and Twin since he does physically resemble me, my perfect replica to this day.

Although we were born and raised in Africa, caring, protecting, loving, being there for one another, sacrificing yourself to name a few are the qualities found in My son Grace.

As a father, your first instincts are to Love, take Care & Protect your Family. And that is exactly who Grace has turned out to be. No one has ever forced him or asked him to do it. His gentle Heart and Soul stood up to the plate and he became a second Father Figure to my family.

I feel extremely powerless as a father knowing that I'm unable to shield my son from bad camaraderie, influences, and environments. He truly is a Great Son a Father could ever ask for. He has made dreadful choices in life and has learned from his mistakes. He promised us all that he will be a better Man, Father, Brother, Friend and Person in general this world has ever known.

Your Highness, Members of the Court, the Jury, and Victims, please forgive my Son Grace for his past mistakes. We need him to come home and become the example of a Changed Man to our family, church, and society.

If you would please consider the points that I have highlighted in this letter about Grace's character before taking a decision on the upcoming sentencing.

Best regards,

Theo Amani Katana